UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:  
Melissa McBride  
Debtor

CHAPTER 7

Case Number: 17-10996

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

### APPLICATION OF TRUSTEE TO EMPLOY PROFESSIONAL PERSON FOR SPECIFIED SPECIAL PURPOSE

William C. Carn, III, Trustee, moves the court for an order, pursuant to 11 USC §327(e) and 328(a), and Bankruptcy Rule 2014, approving the employment of a professional person for a specified special purpose, upon the following basis:

1. The name and address of the professional is **Chase Givens**, Attorney-at-Law, *U. S. Legal, P.C.*, 430 West Main St., Dothan, AL 36301 (the "professional").

2. The asset(s) subject to administration and the purpose for the proposed employment is: product liability/mesh claim resulting in personal injury to debtor.

3. The professional is duly licensed in the stated profession, and is selected for employment based upon his/her professional qualifications and experience.

4. The total contingency fee for the subject case is 40% of the gross recovery after a reduction for court ordered MDL assessment. The professional will be entitled to 8.5% of the total contingency fee.

5. The Trustee respectfully submits, based upon the Affidavit hereafter set forth, that the professional (a) does not hold or represent an interest adverse to the debtor or the estate with respect to the matter for which employment is proposed; (b) has no connections with the debtor, creditors, any parties in interest, the Bankruptcy Administrator, or the Trustee, except for pre-petition engagement by debtor; (c) has been paid no money prior to the filing of this Application; and (d) is advised that no compensation may be shared by any other persons, other than members of his firm or practice, unless also approved by the court.

/s/ *William C. Carn, III*  
WILLIAM C. CARN, III, Trustee

P. O. Box 727  
Scottsboro, AL 35768  
Voice: (256) 594-1994  
Fax: (256) 594-1995  
Email: wcarn@billcarn.com

## AFFIDAVIT OF DISINTERESTEDNESS OF PROFESSIONAL TO BE EMPLOYED

Before me, the undersigned authority in and for said County and State, personally appeared **CHASE GIVENS**, who being first duly sworn, states as follows:

1. I have read the foregoing Application. As required by Bankruptcy Rule 2014(a) and in accordance with Bankruptcy Rule 9011(b) and 28 USC Section 1746, I declare under penalty of perjury that the statements made therein are true and correct where I have personal knowledge, and otherwise true and correct to the best of my knowledge, information and belief.
2. I do not represent any interest adverse to the above referenced debtor or bankruptcy estate with respect to the matter for which employment is proposed.
3. I have no connections with the debtor, creditors, any parties in interest, the Bankruptcy Administrator, or the Trustee except for pre-petition representation of debtor.
4. I have been paid no money prior to the filing of this Application which relates to this matter.
5. I understand that no compensation may be shared by any other persons, other than members of my firm or practice, unless also approved by the court.
6. I understand that if a contingency fee arrangement, and in the event there is no recovery, the Bankruptcy Estate owes me nothing.
7. I understand that the settlement or compromise of any claim involving an asset of the Bankruptcy Estate must be presented to the court for approval.
8. I understand that no fees or expenses will be paid except upon court approval of a properly filed application pursuant to 11 U.S.C. §§ 326, 327, 328, and Rules 2014 and 2016 of *The Bankruptcy Rules of Procedure*.

Executed this 24Th day of November, 2021.

_____
CHASE GIVENS
*U. S. Legal, P.C.*
430 West Main St.
Dothan, AL 36301
Voice: 334.836.7850
Fax: 334.793-8280
Email: jagrella@us-legal.com
*Applicant/Professional*

STATE OF ALABAMA
COUNTY OF HOUSTON

SWORN TO and SUBSCRIBED before me on this 24Th day of November, 2021.

_____
Notary Public
My commission expires: 5/17/2022

Farrin Hope Hamilton
Notary Public, Alabama State At Large
My Commission Expires May 17, 2022

Case 17-10996   Doc 77   Filed 02/25/22   Entered 02/25/22 10:06:46   Desc Main
Document   Page 2 of 3

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing electronically via CM/ECF or by placing a copy of the same in the U.S. Mail postage pre-paid and addressed to the Bankruptcy Administrator for the U.S. Bankruptcy Court and the debtor's attorney on this the 25th day of February, 2022.

_____
Trustee