UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                 Case No. 17-10996-CLH
                                                                      Chapter 7

MELISSA MCBRIDE,

   Debtor.

### ORDER APPROVING APPLICATION FOR FEES AND EXPENSES

This matter came before the Court for hearing on the Application for Approval of Attorney Fees and Expenses (Doc. 92) for Chase Givens (the "Application").

Due notice was given by mail to Debtor and all creditors. Chase Givens seeks to be allowed a fee of $1,360.00 incurred for legal services, which services are more specifically set out in the Application.

The Bankruptcy Administrator reviewed the Application and recommended approval (Doc. 98), and no objection was made at the hearing held on June 23, 2022. In accordance with the ruling from the bench in open court, it is hereby

ORDERED that the Application is APPROVED and the fees and expenses shall be awarded as set forth above.

Done this 24th day of June, 2022.

                                                    Christopher L. Hawkins
                                                    United States Bankruptcy Judge

c:   Debtor
     Michael Brock, Attorney for Debtor
     William C. Carn, III, Trustee
     Bankruptcy Administrator
     Chase Givens, Special Counsel